UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL-ZAHIR DAVID FLEMING,

Plaintiff,

v. Case No.: 2:25-cv-1154-SPC-NPM

COLLIER COUNTY SHERIFF'S OFFICE, OFFICER TRISTAN ALLEN, OFFICER TIMOTHY HERRERA, SERGEANT FOSTER, and SHERIFF KEVIN RAMBOSK,

Defendants.

---

**OPINION AND ORDER**

This matter is before the Court on sua sponte review of the file. The Court dismissed pro se Plaintiff Michael-Zahir David Fleming's second amended complaint with leave to amend on or before August 28, 2026.[1] (Doc. 28). "That deadline was without exception, even for mailing." *Howard v. Bank of New York Mellon*, No. 2:24-CV-148-JES-KCD, 2025 WL 1392789, at *1 (M.D. Fla. May 13, 2025). But Plaintiff failed to timely file his third amended complaint or move for more time to do so.[2] As such, the Court's dismissal Order

---

[1] And the Court warned Plaintiff that failure to file his third amended complaint by the deadline "will result in this case's dismissal without further notice." (Doc. 28 at 14).

[2] He filed the third amended complaint on August 31, 2026. (Doc 29).

is a final, appealable order; the Court has surrendered its jurisdiction; and the Court has no prejudgment power to grant any further relief. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 720–21 (11th Cir. 2020) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff [amending the complaint or] seeking an extension."); *Hertz Corp. v. Alamo Rent-A-Car, Inc.*, 16 F.3d 1126, 1133 (11th Cir. 1994); *see also Fernandez v. Freedom Health, Inc.*, No. 22-13823, 2023 WL 4196950, at *3 (11th Cir. June 27, 2023). So this case is closed.

Accordingly, it is now

**ORDERED:**

The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on September 1, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record